United States District Court
Southern District of Texas

**ENTERED**

August 11, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| GEORGE LOBB | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-1339 |
| | § | |
| CARLOS ANAYA *et al.* | § | |

## ORDER

Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 4) is hereby **REFERRED** to United States Magistrate Judge Diana Song Quiroga for a Report and Recommendation. *See* 28 U.S.C. § 636(b)(1).

It is so **ORDERED**.

**SIGNED** August 11, 2026.

Marina Garcia Marmolejo
United States District Judge