AG

**From:** **George C. Lobb, Attorney/Abogado/Advogado** admin@lobb.law
**Subject:** Notice of TRO Hearing and copy of pleadings/motions. Hearing set August 19, 2026 zoom 9:30am Lobb v. Anaya 5:26-cv-01339
**Date:** August 15, 2026 at 08:25
**To:** USATXS.CivilNotice@usdoj.gov, cbpserviceintake@cbp.dhs.gov, asstchiefcounsellaredo@cbp.dhs.gov, epdchief@cityofencinal.com, court@cityofencinal.com, secretary@cityofencinal.com

Good morning, attached you will find the order setting hearing on Plaintiff's TRO and a copy of the pleadings filed in this case along with the motion for TRO.

Regards,
George Lobb

**Order Setting TRO Hearing 14AUG2026 17HRS55.pdf**

**Lobb v. Anaya et al. Original complaint filed 31JUL2026...**
2.3 MB

**Plaintiff's Advisory Certifying Notice to Defendants 15AUG202...**

AG

**From:** **George C. Lobb, Attorney/Abogado/Advogado** admin@lobb.law
**Subject:** TRO hearing August 19 @9:30am on zoom 5:26-cv-01339 Lobb v. Anaya et al Order
**Date:** August 14, 2026 at 19:42
**To:** secretary@cityofencinal.com, Linda Ramirez court@cityofencinal.com, epdchief@cityofencinal.com
**Bcc:** Daniel Garcia daniel@512attorney.com

Good evening, attached is an email from the federal court in Laredo. Please forward this email to Officer Anaya, the City Council, and the Mayor. Officer Anaya was served this afternoon. Chief Balboa declined to appear to accept service.

Thank you

George Lobb

Begin forwarded message:

> **From:** DCECF_LiveDB@txs.uscourts.gov
> **Date:** August 14, 2026 at 17:38:43 CDT
> **To:** DC_Notices@txsd.uscourts.gov
> **Subject: Activity in Case 5:26-cv-01339 Lobb v. Anaya et al Order**
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> *****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**
>
> **U.S. District Court**
>
> **SOUTHERN DISTRICT OF TEXAS**
>
> **Notice of Electronic Filing**
>
> The following transaction was entered on 8/14/2026 at 5:37 PM CDT and filed on 8/14/2026
>
> **Case Name:** Lobb v. Anaya et al
> **Case Number:** 5:26-cv-01339
> **Filer:**
> **Document Number:** 8
>
> Docket Text:
> **ORDER the Court hereby SETS a hearing on the motion before the undersigned for August 19, 2026, at 9:30 a.m., by Zoom. Plaintiff is ORDERED to appear and to send notice to Defendants at the electronic mail addresses he has used to send them notice of this setting and his Motion for Temporary Restraining Order and Preliminary Injunction. See Dkt. No. 4 at 7. Plaintiff shall file an advisory certifying that he has noticed Defendants consistently with Rule 65(b)(1)(B) by August 18, 2026. Zoom information will be sent by electronic mail prior to the hearing. IT IS SO ORDERED. (Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (bm5)**
>
> **5:26-cv-01339 Notice has been electronically mailed to:**
>
> George Chapman Lobb admin@lobb.law
>
> **5:26-cv-01339 Notice has not been electronically mailed to:**
>
> The following document(s) are associated with this transaction:
>
> **Document description:**Main Document
> **Original filename:**n/a
> **Electronic document Stamp:**
> [STAMP dcecfStamp_ID=1045387613 [Date=8/14/2026] [FileNumber=47322787-0] [1213323b98b3aa54699e502f2dded492853ddb9381707909cc563fb7afc43b02bc a530f6ebf7c70b7802945c8a274e44a170561008edea7cd4ce8d53803fd73f]]

**From:** **George C. Lobb, Attorney/Abogado/Advogado** admin@lobb.law
**Subject:** Fwd: Activity in Case 5:26-cv-01339 Lobb v. Anaya et al Order
**Date:** August 14, 2026 at 20:05
**To:** lance.duke@usdoj.gov

AG

Good evening,

Mr. Duke, good evening.

While I understand there's an internal USAO process in which a border patrol agent may request assistance of the USAO in defending them against any civil matter stemming from their employment with DHS, I have not located Agent Garcia and have had no response from DHS or Border Patrol as to which station he works at.

The Court instructed me to contact Defendants regarding the TRO next week. Below, you will find an email from the Court. I'm forwarding it to you even though you are not assigned to this case. You happen to be the only one who has answered my inquiries. If you have a better email for OCC for DHS, please provide it so I may forward this notice to them. Thank you.

Regards,
George Lobb

Begin forwarded message:

> **From:** DCECF_LiveDB@txs.uscourts.gov
> **Date:** August 14, 2026 at 17:38:43 CDT
> **To:** DC_Notices@txsd.uscourts.gov
> **Subject: Activity in Case 5:26-cv-01339 Lobb v. Anaya et al Order**
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> *****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**
>
> **U.S. District Court**
>
> **SOUTHERN DISTRICT OF TEXAS**
>
> ## Notice of Electronic Filing
>
> The following transaction was entered on 8/14/2026 at 5:37 PM CDT and filed on 8/14/2026
>
> **Case Name:** Lobb v. Anaya et al
> **Case Number:** 5:26-cv-01339
> **Filer:**
> **Document Number:** 8
>
> **Docket Text:**
> **ORDER the Court hereby SETS a hearing on the motion before the undersigned for August 19, 2026, at 9:30 a.m., by Zoom. Plaintiff is ORDERED to appear and to send notice to Defendants at the electronic mail addresses he has used to send them notice of this setting and his Motion for Temporary Restraining Order and Preliminary Injunction. See Dkt. No. 4 at 7. Plaintiff shall file an advisory certifying that he has noticed Defendants consistently with Rule 65(b)(1)(B) by August 18, 2026. Zoom information will be sent by electronic mail prior to the hearing. IT IS SO ORDERED. (Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (bm5)**
>
> **5:26-cv-01339 Notice has been electronically mailed to:**
>
> George Chapman Lobb admin@lobb.law
>
> **5:26-cv-01339 Notice has not been electronically mailed to:**
>
> The following document(s) are associated with this transaction:
>
> **Document description:**Main Document
> **Original filename:**n/a
> **Electronic document Stamp:**
> [STAMP dcecfStamp_ID=1045387613 [Date=8/14/2026] [FileNumber=47322787-0] [1213323b98b3aa54699e502f2dded492853ddb9381707909cc563fb7afc43b02bc a530f6ebf7c70b7802945c8a274e44a170561008edea7cd4ce8d53803fd73f]]

**From:** **George C. Lobb, Attorney/Abogado/Advogado** admin@lobb.law
**Subject:** TRO hearing August 19 at 9:30am 5:26-cv-01339 Lobb v. Anaya et al Order
**Date:** August 14, 2026 at 20:16
**To:** asstchiefcounsellaredo@cbp.dhs.gov
**Cc:** CBPINFOCENTER@cbp.dhs.gov, lrtsocialmedia@cbp.dhs.gov, txspublicinquiry@usdoj.gov, usatxs.atty@usdoj.gov

AG

Good evening,

Below you will find an email from the Laredo Federal Court regarding a TRO hearing set Wednesday, August 19 at 9:30 AM by Zoom. Please confirm you received this email so I can report back to the Court. Thank you.

George Lobb
(+1) 512-215-6011

Begin forwarded message:

**From:** DCECF_LiveDB@txs.uscourts.gov
**Date:** August 14, 2026 at 17:38:43 CDT
**To:** DC_Notices@txsd.uscourts.gov
**Subject: Activity in Case 5:26-cv-01339 Lobb v. Anaya et al Order**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

## Notice of Electronic Filing

The following transaction was entered on 8/14/2026 at 5:37 PM CDT and filed on 8/14/2026

**Case Name:** Lobb v. Anaya et al
**Case Number:** 5:26-cv-01339
**Filer:**
**Document Number:** 8

Docket Text:
**ORDER the Court hereby SETS a hearing on the motion before the undersigned for August 19, 2026, at 9:30 a.m., by Zoom. Plaintiff is ORDERED to appear and to send notice to Defendants at the electronic mail addresses he has used to send them notice of this setting and his Motion for Temporary Restraining Order and Preliminary Injunction. See Dkt. No. 4 at 7. Plaintiff shall file an advisory certifying that he has noticed Defendants consistently with Rule 65(b)(1)(B) by August 18, 2026. Zoom information will be sent by electronic mail prior to the hearing. IT IS SO ORDERED. (Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (bm5)**

**5:26-cv-01339 Notice has been electronically mailed to:**

George Chapman Lobb admin@lobb.law

**5:26-cv-01339 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=8/14/2026] [FileNumber=47322787-0] [1213323b98b3aa54699e502f2dded492853ddb9381707909cc563fb7afc43b02bc a530f6ebf7c70b7802945c8a274e44a170561008edea7cd4ce8d53803fd73f]]