**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **GEORGE C. LOBB,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | 5:26-cv-01339 |
| v. | § | |
| | § | |
| **CARLOS ANAYA, individually;** | § | |
| **PABLO BALBOA III, individually;** | § | |
| **THE CITY OF ENCINAL, TEXAS; and** | § | |
| **AGENT GARCIA (first name unknown),** | § | |
| individually, | § | |
| | § | |
| Defendants. | § | |

---

## NOTICE OF APPEARANCE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE that J. Daniel Garcia of Garcia Law Firm, PLLC hereby enters his appearance as counsel of record and attorney-in-charge for Plaintiff George C. Lobb in the above-captioned action. Plaintiff no longer appears pro se.

Plaintiff respectfully requests that all pleadings, notices, orders, correspondence, and other papers in this action be served upon the undersigned at the address shown below, and that the undersigned be added to the Court's CM/ECF notification list for this case.

Respectfully submitted,

**GARCIA LAW FIRM, PLLC**
820 Main Street, Suite 211
Kerrville, Texas 78028
T: 210.346.0046
daniel@512attorney.com

By:
**J. DANIEL GARCIA**
Texas State Bar No. 24059117
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on September 22, 2026, a true and correct copy of the foregoing Notice of Appearance was served on all counsel of record via the Court's CM/ECF system.

**J. DANIEL GARCIA**