United States District Court
Southern District of Texas
**ENTERED**
November 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| GEORGE LOBB,<br>*Plaintiff,* | § | |
| v. | § | Civil No. 5:26-cv-01339 |
| CARLOS ANAYA,<br>PABLO BALBOA III,<br>THE CITY OF ENCINAL TEXAS,<br>and AGENT GARCIA,<br>*Defendants.* | § | |

**ORDER**

Before the Court is City Defendants' Unopposed Motion to Stay Pending Ruling on Qualified Immunity. Dkt. No. 27. Although the Court appreciates the Parties' conferral and continued attention to the scope of the Motion to Stay, the Court believes that additional clarification is necessary. The Court is particularly concerned with potential conflicts arising from Plaintiff's ongoing attempts to serve Agent Garcia. *See* Dkt. No. 25.

As such, the Court **ORDERS** the Parties to appear for a Motion Hearing on **November 18, 2026, at 10:00 a.m. on Zoom**. A Zoom link will be sent to the Parties ahead of the Hearing date.

IT IS SO ORDERED.

Signed this November 6, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge