United States District Court
Southern District of Texas
**ENTERED**
November 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| GEORGE LOBB,<br>*Plaintiff,*<br><br>v.<br><br>CARLOS ANAYA,<br>PABLO BALBOA III,<br>THE CITY OF ENCINAL TEXAS,<br>and AGENT GARCIA,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>Civil No. 5:26-cv-01339 |

## ORDER

On November 18, 2026, the Court held a motion hearing to discuss City Defendants' Unopposed Motion to Stay Pending Ruling on Qualified Immunity, Dkt. No. 27. Min. Entry dated Nov. 19, 2026. For the reasons discussed at the hearing, the Motion to Stay is **GRANTED**. The Court reminds the Parties that this Stay should not impede Plaintiff's efforts to learn the identity of Agent Garcia, the unidentified Border Patrol agent, or to effectuate service on same.

Additionally, in light of notice issues, the Court granted Plaintiff additional time to respond to Defendants' Motion to Dismiss, Dkt. No. 26. Plaintiff shall file his response by **December 2, 2026**.

IT IS SO ORDERED.

Signed this November 20, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge